IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JACOB CASAUS and ANGELICA CARRENO,

    Plaintiff,

v.                                                                          No. 1:23-cv-00195-KK-JFR

CARMAX AUTO SUPERSTORES, INC. and
CARMAX BUSINESS SERVICES, LLC
    Defendants.

## PARTIES' STATUS REPORT

Pursuant to Paragraph 3 of the Court's Order dated April 6, 2023 [Doc. 16], the Parties submit the following report on the status of the arbitration in this matter.

On May 16, 2023, Plaintiff Casaus filed his claims in JAMS arbitration and paid his portion of the filing fee. On July 6, 2023, Defendants paid their portion of the initial case management fee. JAMS appointed an arbitrator on July 7, 2023.

Plaintiffs' position is that the arbitration process has been delayed by Defendants failure to pay the retainer to JAMS timely. While Defendants were billed the retainer fee on July 6, 2023, Defendants did not pay it until October 4, 2023, when Defendants sent via overnight mail the check to JAMS for the remainder of the JAMS retainer fee.

The Parties expect to schedule an initial conference with the arbitrator in the near future to establish a discovery schedule, a hearing date and other necessary deadlines.

Respectfully submitted,

*/s/ Susan Warren*
Susan Warren
Feferman, Warren & Mattison
Attorneys for Plaintiffs
300 Central Ave., SW, Suite 2000 West
Albuquerque, NM 87102
(505) 243-7773
swarren@fwmlegal.com

*/s/John Anderson*
John C. Anderson
Julia Broggi
HOLLAND & HART LLP
110 North Guadalupe, Ste. 1
Santa Fe, NM 87501
Tel: (505) 988-4421
Fax: (505) 983-6043
jcanderson@hollandhart.com
jbroggi@hollandhart.com
Counsel for Defendants CarMax Auto Superstores,
Inc. and CarMax Business Services, LLC

## CERTIFICATE OF SERVICE

     I hereby certify that this 5th day of October, 2023, I filed the foregoing electronically through the CM/ECF system, which caused counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

*/s/ Susan Warren*
Susan Warren